UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

FILED

2013 JUN -5 PM 12: 59

1:00CR499-001

NORTHERN DISTRICT OF OHIO

JUDGE DONALD C. NUGENT

UNITED STATES

vs.

RANDY LEE COURTWRIGHT         MOTION TO TERMINATE PROBATION

Defendant.

Now Comes the Defendant, Randy Lee Courtwright. who moves this Honorable Court to terminate his probation for the following reasons:

Defendant was sentenced in the above captioned case on March 21,2001 and began serving his sentence on March 21,2001. Defendant was sent to a halfway house in October, 2010 and released from there in May, 2011. since that date, Defendant has made a successful transition into society including securing regular employment and being in compliance with all terms of parole.

Wherefore, Defendant request his probation be terminated.

*Randy Courtwright* (signature)

Randy Lee Courtwright sc

1271 Lakeland Ave.

Lakewood Ohio 44107

1