UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO



| | |
|---|---|
| UNITED STATES | CASE NUMBER: 1:00CR499-001 |
| v. | |
| RANDY LEE COURTWRIGHT | JUDGE DONALD C. NUGent |

## MOTION TO TERMINATE PROBATION

Now comes the defendant, Randy Lee Courtwright, who moves this honorable court to terminate his probation for the following reasons:

The defendant has successfully completed 3 of the 5 years of probation, the defendant has not been in any trouble and has made a successful transition into society and has been in compliance with all his terms of parole.

Therefore, the defendant request his probation PLEASE be terminated

Thank you very much for your consideration.

Randy Lee Courtwright

1271 Lakeland Ave.

Lakewood, Ohio 44107